# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL LEE McKISSICK,<br><br>        Petitioner,<br><br>       v.<br><br>E. VALENZUELA, Warden<br><br>        Respondent. | NO. CV 15-465-SJO (AS)<br><br>**ORDER ACCEPTING FINDINGS,**<br><br>**CONCLUSIONS AND RECOMMENDATIONS OF**<br><br>**UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Final Report and Recommendation of United States Magistrate Judge which corrects a typographical error in the initial Report and Recommendation. Petitioner did not file any objections to the initial Report and Recommendation. The Court concurs with and accepts and adopts the Magistrate Judge's Final Report and Recommendation.

IT IS ORDERED that Judgment be entered denying and dismissing the Petition with prejudice.

    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Magistrate Judge's Final Report and Recommendation and the Judgment herein on counsel for Petitioner and counsel for Respondent.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

    DATED: August 1, 2015.

*S. James Otero*

_____
          S. JAMES OTERO
   UNITED STATES DISTRICT JUDGE